PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Michael Sargese                                      Cr.: 06-00121-001

Name of Sentencing Judicial Officer: Stanley R. Chesler, USDJ

Date of Original Sentence: 01/07/08

Original Offense: Conspiracy to Distribute a Controlled Substance

Original Sentence: 5 years probation with the following special conditions: 12 months community confinement, drug testing/treatment, collection of DNA.

Type of Supervision: Probation                          Date Supervision Commenced: 01/07/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

A urinalysis administered on January 22, 2008, tested positive for oxycodone.

U.S. Probation Officer Action:

The Probation Office will increase the frequency of drug testing and will instruct the offender to attend Narcotics Anonymous meetings. The Court will be apprised of any further developments.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 02/13/08

PROB 12A - Page 2
Michael Sargese

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[✓] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

2/19/08
_____
Date