PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Michael Patrick Sargese     **Docket Number:** 06-00121-001

**Name of Sentencing Judicial Officer:** HONORABLE Stanley R. Chesler, USDJ

**Date of Original Sentence:** 01/07/2008

**Original Offense:** Conspiracy to Distribute Oxycodone

**Original Sentence:** 5 years probation, $100 special assessment with the following special conditions: 12 months Community Confinement; DNA Collection; Drug Treatment or Urinalysis.

**Date of Violation of Probation:** 04/17/08

**Sentence on Violation:** Probation revoked - 4 months imprisonment, 3 years supervised release. Special conditions include drug testing/treatment, collection of DNA (satisfied 06/04/08), mental health treatment (added 12/17/08).

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 09/19/08

**Assistant U.S. Attorney:** Jonathan W. Romankow, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Federal Public Defender, 972 Broad Street, Newark, New Jersey, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'** |

On October 6, 2008; November 17, 2008; November 24, 2008, and December 22, 2008, Sargese failed to report to North East Life Skills, Passaic, New Jersey, for random drug testing. The urinalyses were subsequently collected by the probation officer and all were negative. There is currently no evidence of drug use.

Sargese is not participating in Narcotics Anonymous meetings as directed.

2   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Sargese failed to report as directed on numerous occasions as follows: December 2, 2008; December 9, 2008; December 16, 2008; December 23, 2008; January 6, 2009; and January 7, 2009.

Sargese has not provided Monthly Supervision Reports for October 2008, November 2008, and December 2008.

3   The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

Sargese has failed to provide proof of his efforts to gain employment by providing an employment log. He also failed to report to the Passaic County Workforce One Stop Center for employment assistance.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 01/09/09

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 1/27/09 @ 11:30 a.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/15/09
Date